**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Gabriela Arteaga, et al.
                    Plaintiff,

v.  Case No.: 1:15−cv−07395
    Honorable John J. Tharp Jr.

Alex Cafe, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 7, 2016:

    MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiffs' motion for voluntary dismissal of this case with prejudice [24] is granted, Each party to bear its own costs and fees. Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.